AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

FID 11864582

**RECEIVED** By USMS District of Columbia District Court at 12:59 pm, Sep 22, 2025

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:25-mj-00227 |
| Jacob Samuel Winkler | ) Assigned To: Judge Faruqui, Zia M. |
| aka | ) Assign. Date: 9/22/2025 |
| Jacob Samuel Winckler | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jacob Samuel Winkler                                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
   18 U.S.C. § 39A -  Aiming a Laser Pointer at an Aircraft

Date:    09/22/2025

*Issuing officer's signature*

City and state:    Washington, DC              Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/22/2025 , and the person was arrested on *(date)* 9/22/2025
at *(city and state)* Washington, DC .

Date: 9/22/2025

*Arresting officer's signature*

Jhyree Harris DUSM
*Printed name and title*