## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. NO. 25-cr-00298 (BAH) |
| | : | |
| JACOB SAMUEL WINKLER | : | |
| a/k/a JACOB SAMUEL WINCKLER, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully updates this Court as to the status of the defendant's property. The government has agreed to release the defendant's two cell phones from evidence. The government needs to sign a property release form, which it expects to get from the agency holding the phones on December 3, 2025. The government will coordinate with the defense so that the defendant may pick up his property.

Respectfully submitted,
JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:     */s/ Brittany Keil*
BRITTANY KEIL (D.C. Bar No. 500054)
Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7763
Brittany.keil@usdoj.gov