UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                ) | |
|         Plaintiff;             ) | |
|                                ) | |
|                                ) | Case No. 25-cr-00298 (BAH) |
|     v.                         ) | |
|                                ) | |
|                                ) | |
| JACOB SAMUEL WINKLER           ) | |
| a/k/a JACOB SAMUEL WINCKLER,   ) | |
|                                ) | |
|         Defendant.             ) | |

NOTICE OF CO-COUNSEL

The above captioned case has been assigned to Assistant Federal Public Defender Ubong E. Akpan, as co-counsel. Please send copies of all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

   /s/
_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500