## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CR. NO. 25-cr-00298 (BAH)** |
| | **:** | |
| **JACOB SAMUEL WINKLER** | **:** | |
| **a/k/a JACOB SAMUEL WINCKLER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### RESPONSE TO COURT'S DECEMBER 16, 2025 MINUTE ORDER

The parties submitted an updated pretrial statement on December 16, 2025, to reflect that on December 8, 2025 (after the original pre-trial statement was filed), the government extended a plea offer to the defendant, which expired on December 15, 2025.  The defense informed the government that the plea was rejected on December 15th at 8:47 p.m.   Additionally, a new AUSA was assigned to handle the trial on December 15th, 2025.  On December 16, 2025, the parties filed an amended pretrial statement to reflect the plea offer and rejection, and the new AUSA's name.  Specifically, the written statement portion is different and the AUSA's name is different.  The parties wanted the Court to have the most updated information possible.

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By:    /s/ *Brittany Keil*
BRITTANY KEIL
Assistant United States Attorney
Bar No. 500054
601 D Street, N.W., Room 5.134
Washington, D.C.  20530
Brittany.keil@usdoj.gov
(202) 252-7763