## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 25-cr-298 (BAH) |
| v. | : | |
| | : | |
| **JACOB SAMUEL WINKLER** | : | |
| **ALSO KNOWN AS JACOB SAMUEL** | : | |
| **WINCKLER** | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Jonathan R. Hornok, who may be contacted by telephone at (202) 815-9015 or by e-mail at jonathan.hornok@usdoj.gov, is entering his appearance as counsel for the United States.

Respectfully submitted,

*/s/ Jonathan R. Hornok*
Jonathan R. Hornok
Assistant United States Attorney
TX Bar Number 24130828
National Security Section
601 D Street, N.W.
Washington, D.C.  20530
Office: (202) 815-9015
Jonathan.hornok@usdoj.gov