**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 25-cr-298 (BAH) |
| | : | |
| v. | : | |
| | : | |
| **JACOB SAMUEL WINKLER** | : | |
| aka JACOB SAMUEL WINCKLER | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**MOTION FOR AN ORDER TO DISCLOSE GRAND JURY TESTIMONY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for entry by this Court of an order permitting the disclosure of testimony before the grand jury to the defendant, Jacob Samuel Winckler, and his counsel.

The government seeks a court order permitting the disclosure of transcripts of witnesses who testified before the grand jury that returned the instant indictment in so far as such disclosure is necessary for the government to comply with its discovery obligations. Under Federal Rule of Criminal Procedure 6(e)(3)(E)(i): "The court may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding." Rule 6(e)(3)(F) provides certain requirements for a petition under Rule 6(e)(3)(E)(i), including that the petition be filed in the district where the grand jury convened and that the court "must afford a reasonable opportunity to appear and be heard to: (i) an attorney for the government; (ii) the parties to the judicial proceeding; and (iii) any other person whom the court may designate." The government submits that the requirements of Rule

6(e)(3)(F) are satisfied by this motion. The government further submits that such an order is appropriate because some grand jury testimony in this case constitutes material to which the defendant is entitled as part of his discovery.

The government conferred with counsel for the defendant regarding this motion and proposed order, and the defense does not oppose the filing of the motion and entry of the proposed order.

Accordingly, the government respectfully requests an order authorizing the disclosure of grand jury testimony to the defendant and his counsel. *See* Rule 6(e)(3)(E)(i).

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By:  /s/ *Brittany Keil*
BRITTANY KEIL
Assistant United States Attorney
D.C. Bar No. 500054
JONATHAN HORNOK
Assistant United States Attorney
TX Bar No. 24130828
601 D Street, N.W.., Room 5.134
Washington, DC   20530
Brittany.keil@usdoj.gov
(202) 252-7763

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 25-cr-298 (BAH)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **JACOB SAMUEL WINKLER** | : | |
| **aka JACOB SAMUEL WINCKLER** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER AUTHORIZING DISCLOSURE OF GRAND JURY MATERIALS TO THE DEFENDANT**

Having considered the United States' Motion to Disclose Grand Jury Materials, and for good cause stated therein, it is hereby ordered that the government's motion is GRANTED.

**SO ORDERED.**

Date: December _____, 2025                    _____
                                              BERYL A. HOWELL
                                              UNITED STATES DISTRICT JUDGE

3