Government [X]
Plaintiff [ ]
Defendant [ ]
Joint
Court

UNITED STATES OF AMERICA
VS.
JOSHUA WINKLER

Civil/Criminal No. CR 25-298

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | 4-5' Laser Pointer - | 1/13/26 | 1/13/26 | Diego Santiago | |
| 2 | Surveillance video of 1600 block of Constitution Avenue NW | 1/13/26 | 1/13/26 | Diego Santiago | |
| 3 | Surveillance video of 1600 block of Constitution Avenue NW | | | | |
| 4 | Map of White House Grounds and 1600 block of Constitution Avenue NW | 1/13/26 | 1/13/26 | Diego Santiago | |
| 5 | Photo of Marine One Helicopter | 1/13/26 | 1/13/26 | Diego Santiago | |
| 6 | Video of Marine One taking off from White House grounds and traveling towards Washington Monument | 1/13/26 | 1/13/26 | Diego Santiago | |
| 8 | Transcript of G.J. | 1/13/26 | | Diego Santiago | |