Government ☐
Plaintiff ☐
Defendant ☒
Joint ☐
Court ☐

United States
vs.
Jacob Winkler

Civil/Criminal No. 25-cr-298

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Map of White House Grounds | ✓ | ✓ | Santiago | |
| 2 | Google Map of White House Grounds (with Measurement) | ✓ | ✓ | Santiago | |
| | ~~Photo of Second Division Memorial~~ | | | | |