AO 245A (Rev. 12/03) Judgment of Acquittal

FILED
JAN 13 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ COLUMBIA _____

UNITED STATES OF AMERICA

V.

JACOB SAMUEL WINKLER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR 25-298-01 BAH)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

BERYL A. HOWELL             U.S. District Judge
Name of Judge                    Title of Judge

January 13, 2026
Date